**Opinion issued August 23, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00747-CV

———————————

## IN RE JAMES THOMAS GREEN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

James Thomas Green, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on his motion for appointment of counsel.[1] We deny the petition.

---

[1] The underlying case is *James Thomas Green v. Luis A. Sanchez, M.D., and Kim Ogg, et al.*, cause number 2018-09456, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Thomas presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.